**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| LORENZO GARCIA, 13728-379, ) | |
|     Petitioner, ) | |
| ) | |
| v. ) | No. 3:13-CV-4970-N |
| ) | |
| WILLIAM STEPHENS, Director, TDCJ-CID, ) | |
|     Respondent. ) | |

**ORDER**

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

IT IS SO ORDERED.

Signed this 11th day of July, 2014.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE